UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNN R. ZIOLA,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL NEBRASKA<br>REHABILITATION SERVICES,<br><br>    Defendant. | C.V. NO. 4:06-CV-3207<br><br>**ORDER GRANTING PARTIES'<br>JOINT MOTION TO EXTEND<br>OF MOTIONS FOR SUMMARY<br>JUDGMENT DEADLINE** |

THIS MATTER came before the Court on Parties' Joint Motion to Extend Motions for Summary Judgment Deadline, filing 20. Based upon the reasons stated in the Motion, the Court finds that it should be, and hereby is, GRANTED **in part.**.

IT IS THEREFORE ORDERED that the parties' deadline to file motions for summary judgment is extended until **June 1, 2007.**

DATED this 19th day of April, 2007.

                                BY THE COURT

                                s/ *David L. Piester*

                                David L. Piester
                                United States Magistrate Judge