```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

LYNN R. ZIOLA,                  )
                                )
            Plaintiff,          )           4:06CV3207
                                )
      v.                        )
                                )
CENTRAL NEBRASKA                )           ORDER
REHABILITATION SERVICES,        )
                                )
            Defendant.          )
                                )
```

On the court's own motion,

IT IS ORDERED:

The pretrial conference that was set for August 30 is rescheduled to August 29, 2007 at 10:00 a.m.

DATED this 23rd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge