IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYNN R. ZIOLA, | ) | 4:06CV3207 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CENTRAL NEBRASKA | ) | |
| REHABILITATION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's motion for summary judgment (filing 25).   Because it is the present intention of the court to grant Defendant's motion for summary judgment as to all claims, trial of this matter (currently set to begin on September 17, 2007) shall be continued until further order of the court, and the pretrial conference set for August 29, 2007 shall be cancelled.  A memorandum and order setting forth the court's findings on the motion for summary judgment will follow within sixty days of the date of this order.

IT IS SO ORDERED.

August 27, 2007                    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge