IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYNN R. ZIOLA, | ) | 4:06CV3207 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CENTRAL NEBRASKA | ) | |
| REHABILITATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered in favor of Defendant and against Plaintiff, providing that Plaintiff shall take nothing as against Defendant, and Plaintiff's action is dismissed with prejudice pursuant to Fed. R. Civ. P. 56.

October 17, 2007          BY THE COURT:

*s/Richard G. Kopf*
United States District Judge